IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

KATHY TERESA DAVILA (02)

No. 2:23-MJ-62

MOTION FOR PRETRIAL DETENTION AND CONTINUANCE

The United States asks for the pretrial detention of Defendant under Title 18,

United States Code, Sections 3142(e) and 3142(f).

1.  ***Eligibility of Case***.  This case is eligible for a detention order under
    18 U.S.C. § 3142(f) because it is a case that involves:

    _____  A crime of violence as defined in 18 U.S.C. § 3156(a)(4), violation
    of section 1591, or federal crime of terrorism for which the
    maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(A)).

    _____  An offense for which the maximum sentence is life imprisonment or
    death. (18 U.S.C. § 3142(f)(1)(B)).

    __X__  A Controlled Substances Act offense for which the maximum
    sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).

    _____  A felony that was committed after the defendant had been convicted
    of two or more prior federal offenses described in 18 U.S.C.
    § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18
    U.S.C. § 3142(f)(1)(D)).

    _____  A felony that involves a minor victim or failure to register as a sex
    offender. (18 U.S.C § 3142(f)(1)(E)).

    _____  A felony that involves the possession or use of a firearm, destructive
    device, or any other dangerous weapon. (18 U.S.C § 3142(f)(1)(E)).

    _____  A serious risk defendant will flee. (18 U.S.C. § 3142(f)(2)(A)).

    _____  A serious risk defendant will obstruct or attempt to obstruct justice,
    or threaten, injure, or intimidate, or attempt to threaten, injure, or
    intimidate a prospective witness or juror. (18 U.S.C. § 3142
    (f)(2)(B)).

**Motion for Pretrial Detention and Continuance – Page 1**

2.    **_Reason for Detention._**  The Court should detain defendant, under 18 U.S.C.
§ 3142(e), because no condition or combination of conditions will
reasonably assure:

   X   Defendant's appearance as required.
   X   Safety of any other person and the community.

3.    **_Rebuttable Presumption._**  The United States will invoke the rebuttable
presumption against defendant under 18 U.S.C. § 3142(e).  The
presumption applies because there is:

   X   A Controlled Substances Act offense for which the maximum
sentence is 10 years or more.  (18 U.S.C. § 3142(e)(3)(A)).
_____ An offense under Title 18, United States Code, Sections 924(c),
956(a), or 2332b.  (18 U.S.C. § 3142(e)(3)(B)).
_____ A federal crime of terrorism for which the maximum sentence is 10
years or more.  (18 U.S.C. § 3142(e)(3)(C)).
_____ An offense in Chapter 77 of Title 18 (human trafficking) for which
the maximum sentence is 20 years or more.  (18 U.S.C.
§ 3142(e)(3)(D))
_____ Previous conviction for "eligible" offense committed while on
pretrial bond.  (18 U.S.C. § 3142(e)(2)).
_____ a qualifying offense involving a minor victim.  (18 U.S.C.
§ 3142(e)(3)(E)).

4.    **_Time for Detention Hearing_**.  The United States requests the Court conduct
the detention hearing:

_____ At first appearance.
   X   After continuance of three days.
_____ Moot at this time as defendant is in state [federal, administrative]
custody.  Hearing requested if detention becomes a viable issue.

**Motion for Pretrial Detention and Continuance – Page 2**

5.    ___***Eligibility for 10-Day Temporary Detention:***___  The court may temporarily detain the defendant to permit revocation of conditional release, deportation, or exclusion because:

A.    i)_____ The defendant is, and was at the time the offense was committed:

_____ on release pending trial for a felony under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(i));
_____ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for any offense under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(ii));
_____ on probation or parole for any offense under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(iii)); or

ii)_____ The defendant is not a citizen of the United States or lawfully admitted for permanent residence as defined at 8 U.S.C. § 1101(a)(20) (18 U.S.C. § 3142(d)(1)(B));

B.    And the defendant:

_____ may flee; or
_____ pose a danger to any other person or the community.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY


*s/ Anna Marie Bell*_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806.324.2356
Facsimile:    806.324.2399
E-mail:        anna.bell@usdoj.gov


**Motion for Pretrial Detention and Continuance – Page 3**