IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:23-CR-062-Z (01) |
| ANGELA RAMONA MACIAS (01) | |

### FACTUAL RESUME

In support of Angela Ramona Macias' plea of guilty to the offense in Count Three of the indictment, Macias, the defendant, Paul Herrmann, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

### ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Three of the indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), that is, Distribution and Possession with Intent to Distribute Methamphetamine, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the defendant knowingly possessed a controlled substance;

*Second.*   That the substance was in fact methamphetamine; and

*Third.*   That the defendant possessed the substance with the intent to distribute it.

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2019).

**Angela Ramona Macias**
**Factual Resume—Page 1**

## STIPULATED FACTS

1. On or about November 1, 2019, in the Amarillo Division of the Northern District of Texas, and elsewhere, Angela Ramona Macias, defendant, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2. On November 1, 2019, Amarillo Police Department (APD) officers conducted an operation to purchase methamphetamine from Angela Ramona Macias utilizing a confidential source (CS). On that day, the CS made two recorded calls to Macias. During the calls, Macias agreed to sell the CS two ounces of methamphetamine for $620.

3. The CS traveled to Macias's residence, located at 2214 Laurel Street, Amarillo, Texas. Macias met with the CS inside the CS's vehicle. Macias provided the CS with a clear plastic baggie containing methamphetamine in exchange for $620. During the meeting, Macias told the CS that she could provide the CS with additional methamphetamine.

4. Macias admits that she knowingly possessed with intent to distribute a controlled substance, namely methamphetamine, a Schedule II controlled substance.

5. The suspected methamphetamine was sent to the DEA South Central Laboratory. The DEA Laboratory confirmed that the substance was, in fact, methamphetamine, a Schedule II controlled substance. The substance had a total net

weight of 55.7 grams and a purity level of approximately 97 percent. This amount of methamphetamine is consistent with distribution, as opposed to personal use.

6. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Three of the indictment.

AGREED TO AND STIPULATED on this 16th day of January, 2024.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
Angela Ramona Macias
Defendant

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
300 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

_____
Paul Herrmann
Attorney for Defendant