IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **United States of America,**  Plaintiff;  v.  **Angela Ramona Macias,**  Defendant. | No. 2:23-CR-00062-Z-BR(1)  **Defendant's Motion to Enlarge Time to File Motions and Sentencing Materials** |

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, Angela Ramona Macias ("Macias"),** Defendant, and respectfully submits her Motion to Enlarge Time to File Motions and Sentencing Materials and would submit to the Court as follows:

1. Movant is attorney of record for Macias and was retained to represent Defendant in this matter.

2. The Court previously entered an ORDER SETTING SCHEDULE FOR SENTENCING wherein the deadline for delivery of sentencing memoranda, character letters as well as any motion for a sentence above or below the advisory Guidelines range set forth in the PSR was set for October 15, 2025 (Doc #99).

2. Counsel for defendant requires additional time to collect,

prepare and submit such materials. Counsel requests the deadline be extended until close of business on October 22, 2025. Upon information and belief, this should not adversely affect the sentencing date, currently set for November 4, 2025.

    3.    Counsel for Defendant has conferred with AUSA Anna Marie Bell, the attorney in charge of this case for the Government, who has indicated the Government does not oppose this motion.

**WHEREFORE**, Counsel for Macias respectfully requests that this Honorable Court enlarge the time for filing sentencing memoranda, character letters as well as any motion for a sentence above or below the advisory Guidelines range set forth in the PSR until close of business on October 22, 2025.

                              Respectfully Submitted,

                              THE HERRMANN AND ARCHER LAW FIRM PLLC

                              By: /s/ Paul Herrmann
                                  Paul Herrmann
                                  Texas Bar No. 09541810
                                  801 S. Fillmore, Ste 710
                                  Amarillo, Texas 79101
                                  Tel. (806) 342-4242
                                  Fax. (806) 372-8444
                                  E-MAIL: bustedintexas@gmail.com

*ATTORNEY FOR DEFENDANT*
*ANGELA RAMONA MACIAS*

## CERTIFICATE OF SERVICE

I, Paul Herrmann, certify that on the 16th day of October, 2025, the foregoing was filed through the Electronic Case Filing ("ECF") System pursuant to Local Criminal Rule 49.2(f). Pursuant to Rule 9 of Miscellaneous Order No. 61 and Local Criminal Rule 49.2(e), this constitutes service of this document to the United States Attorney for the Northern District of Texas, who is an ECF user.

/s/ Paul Herrmann_____
Paul Herrmann